In the Matter of the Claim of EDMUND DAVIS.

STATE INDUSTRIAL BOARD, Appellant; RAYMOND B. RYAN, Respondent.

Argued January 7, 1942; decided February 26, 1942.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*Nicholas P. Powers* for respondent.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.